[No. 7940–6–III. Division Three. May 17, 1988.]

LOVEALL'S QUALITY MEATS AND FISH, INC., *Appellant,* v.
ANTHONY R. GALLO, *Respondent.*

Appeal from a judgment of the Superior Court for
Stevens County, No. 85–2–00308–8, Fred L. Stewart, J.,
entered June 2, 1986. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 10627–2–II. Division Two. May 18, 1988.]

*In the Matter of the Welfare of* J.W.

Appeal from a judgment of the Superior Court for Clark
County, No. 85–5–00057–3, J. Dean Morgan, J., entered
December 18, 1986. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[Nos. 10700–7–II; 10701–5–II. Division Two. May 18, 1988.]

*In the Matter of the Welfare of*
PATRICK JAMES BOLLINGER.

*In the Matter of the Welfare of*
JENNIFER LYNN BOLLINGER.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 131566, 131567, Arthur W. Verharen, J.,
entered January 23, 1987. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Reed, C.J., and Alexander,
J.

[No. 8710–7–III. Division Three. May 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID H.
MONTAGUE, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 87–1–00048–7, James M. Murphy, J.,